Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SALVADOR RIVAS GAONA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RIVAS GAONA ) | Case No.: 3:17-cv-03364-KAW |
| ) Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. ) | |
| NANCY A. BERRYHILL, Acting ) Commissioner of Social Security. ) | |
| ) Defendant. ) | |

TO THE HONORABLE KANDIS A. WESTMORE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Salvador Rivas Gaona ("Plaintiff") and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, hereby stipulate, subject to this court's approval, to extend the time by 35 days from October 25, 2017 to November 29, 2017 for Plaintiff to file a Plaintiff's Motion for Summary Judgment or Remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

-1-

///

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 23, 2017      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ Lawrence D. Rohlfing

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Mr. Salvador Rivas Gaona

DATE:  October 23, 2017      Brian J. Stretch
United States Attorney

*/s/ Sharon Lahey

BY:_____
Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail 10/23/17|

1     IT IS HEREBY ORDERED that plaintiff may have 35 days extension of
time, to and including October 25, 2017, in which to file Plaintiff's Motion for
Summary Judgment or Remand; with all other dates in the Court's Order
Concerning Review Of Social Security Cases extended accordingly

    IT IS SO ORDERED.

DATED: 10/24/17      _____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE